BLANK ROME LLP
Attorneys for Plaintiffs
405 Lexington Avenue
New York, New York 10174-0208
(212) 885-5000
John D. Kimball (JK 2005)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



---

BANK OF AMERICA MEXICO, S.A., )
INSTITUCIÓN DE BANCA MÚLTIPLE, )
GRUPO FINANCIERO BANK OF AMERICA )

and )

MARINE CREDIT & LEASING, INC., )

    Plaintiffs, )

v. )

TRANSPORTACIÓN MARÍTIMA MEXICANA, )
S.A. DE C.V. (FORMERLY NAVIERA )
DEL PACIFICO, S.A. DE C.V.) )

and )

GRUPO TMM, S.A.B. (FORMERLY )
GRUPO TMM, S.A. DE C.V.), )

    Defendants. )

**RULE 7.1 STATEMENT**

Judge Hellerstein

07 CIV 4054

Civil Action No. _____

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.0] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-government parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

900200.00001/6546136v.1

<u>Marine Credit & Leasing, Inc.</u>

- General Electric Company (corporate parent)

<u>Bank of America Mexico, S.A., Institucion De Banca Multiple, Grupo Financiero Bank of America</u>

- Bank of America

Dated: May 23, 2007

                                  BLANK ROME LLP
                                  Attorneys for Plaintiffs

                                  *[signature]*
                                  John D. Kimball (JK 2005)
                                  The Chrysler Building
                                  405 Lexington Avenue
                                  New York, New York 10174
                                  Ph: 212-885-5258
                                  Fax: 917-332-3730
                                  Email address: jkimball@blankrome.com