UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BANK OF AMERICA MEXICO, S.A.,
INSTITUCIÓN DE BANCA MÚLTIPLE,
GRUPO FINANCIERO BANK OF AMERICA)

and

MARINE CREDIT & LEASING, INC.,

                         Plaintiffs,

                         - v -

TRANSPORTACIÓN MARÍTIMA MEXICANA,
S.A. DE C.V. (FORMERLY NAVIERA
DEL PACIFICO, S.A. DE C.V.)

and

GRUPO TMM, S.A.B. (FORMERLY
GRUPO TMM, S.A. DE C.V.),

                         Defendants.
------------------------------------------------------------X

Civil Action No. 07 CV 4054

**AFFIDAVIT OF**
**PERSONAL SERVICE**

STATE OF NEW YORK  )
                               ss.:
COUNTY OF NEW YORK)

      CURTIS PARKER, being duly sworn, deposes and says: that I am over 18 years of age, not a party to this action and reside in Bronx, New York.

      On May 24, 2007, at approximately 2:00 p.m., I served a true copy of a **Summons and Complaint with Rule 7.1 Statement, a copy of Judge Hellerstein's Rules and the Magistrate's Rules, and a copy of the Southern District of New York Electronic Case Filing Rules** upon Christopher Belisle, Esq., Watson Farley & Williams LLP, 100 Park Avenue, 31st Floor, New York NY 10017. Mr. Belisle is a white male, 45-50 years old, is balding and wears glasses, is 5'6" to 5'8" tall and weighs 150-170 pounds.

                                                  _____
                                                  CURTIS PARKER

Sworn to before me this
25th day of May, 2007

_____
Notary Public

DOROTHY ROSENBERG
Notary Public, State of New York
No. 41-4771099
Qualified in Queens County
Commission Expires February 28, 2010

900200.00001/6442248v.1

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

Bank Of America Mexico, S.A., Institucion De Banca Multiple, Grupo Financiero Bank of America and Marine Credit & Leasing, Inc.,
Plaintiffs,

V.

Transportacion Maritima Mexicana, S.A. De C.V. (Formerly Naviera Del Pacifico, S.A., De C.V.) and Grupo TMM, S.A.B. (formerly Grupo TMM, S.A. De C.V.),
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 4054**

**Judge Hellerstein**

TO: (Name and address of defendant)

Transportacion Maritima Mexicana, S.A. De C.V.
c/o Grupo TMM, S.A.B.
Ave. De La, Cuspide 4755, 4th Floor
Parques del Pedregal 14010
Mexico, D.F., Mexico

Grupo TMM, S.A.B.,
Ave. De La, Cuspide 4755, 4th Floor
Parques del Pedregal 14010
Mexico, D.F. Mexico

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John D. Kimball
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK
*Marcos Quintero*
(BY) DEPUTY CLERK

MAY 23 2007

DATE