

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone: (212) 885-5259
Fax: (917) 332-3730
Email: JKimball@BlankRome.com

JUL 27 2007

ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/07

July 27, 2007

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 7/30/07

By Fax – (212) 805-7942

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: Bank of America Mexico v.
Transportacio Maritima Mexicana
Docket No.: 07 Civ. 4054 (AKH)
Our File No.: 127572-00601

Dear Judge Hellerstein:

We have received a Notice of Court Conference for August 10, 2007. As requested, we enclose a courtesy copy of the complaint.

We request that the conference be adjourned for at least thirty days. The parties have entered into a tentative settlement agreement and we are hopeful the matter will be finalized within thirty days. This is the first request for an adjournment of the court conference.

Counsel for defendant joins in our request.

Respectfully submitted,

John D. Kimball

JDK:dcf
Enclosure
cc: Stanley McDermott, Esq. – By Fax – (212) 335-4501
DLA Piper (w/enclosure)

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

127572.00601/6564044v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong