

DLA Piper US LLP
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104
www.dlapiper.com

Stanley McDermott III
stanley.mcdermott@dlapiper.com
T 212.335.4790
F 212.884.8490



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/07

September 19, 2007

BY FACSIMILE

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: Bank of America Mexico v.
Transportacio Maritima Mexicana
Docket No.: 07 Civ. 4054 (AKH)
Our File No.: 366134-20

Dear Judge Hellerstein:

We represent the defendant. We are writing with the consent of John Kimball, Esq., counsel for the plaintiffs, to respectfully request a 60-day postponement of the status conference scheduled for Friday, September 21, 2007, pending the parties' ongoing efforts to settle matters between them.

Your Honor previously discontinued the action for 30 days ahead of a status conference scheduled for August 10, 2007. The plaintiffs reinstated the case because the settlement was not final, but the parties' discussions remain active. The parties agree that deferring the status conference for 60 days would be appropriate in the circumstances.

We appreciate the Court's time and attention.

Respectfully,

Stanley McDermott III

SMI:as
Enclosure

cc: John D. Kimball, Esq. (Via E-mail)

*[Handwritten endorsement:]* The conf. is adjourned to Nov. 30, 2007, at 9:30 am. 9-19-07 /s/ AKHellerstein

**MEMO ENDORSED**

8147.234