HELLERSTEIN, S

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 1/14/08]

BLANK ROME LLP
Attorneys for Plaintiffs
405 Lexington Avenue
New York, New York 10174-0208
(212) 885-5000
John D. Kimball (JK 2005)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BANK OF AMERICA MEXICO, S.A., )
INSTITUCIÓN DE BANCA MÚLTIPLE, )
GRUPO FINANCIERO BANK OF AMERICA )
)
and )
)
MARINE CREDIT & LEASING, INC., )
)
    Plaintiffs, )
)
v. )
)
TRANSPORTACIÓN MARÍTIMA )
MEXICANA, S.A. DE C.V. )
(FORMERLY NAVIERA )
DEL PACIFICO, S.A. DE C.V.) and )
GRUPO TMM, S.A.B. (FORMERLY )
GRUPO TMM, S.A. DE C.V.), )
)
    Defendants. )
---

NOTICE OF
VOLUNTARY DISMISSAL

Case No.: 07 Civ. 4054 (AKH)

    No answer having been filed in this matter, the complaint shall be and it is hereby voluntarily dismissed on a without prejudice basis pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

127572.00601/6604036v.1

Dated: January 8, 2008

        BLANK ROME LLP
        Attorneys for Plaintiffs

        */s/ John D. Kimball*
        John D. Kimball (JK 2005)
        The Chrysler Building
        405 Lexington Avenue
        New York, New York 10174
        Ph: 212-885-5258
        Fax: 917-332-3730
        Email address: jkimball@blankrome.com

SO ORDERED: 1/14/08

*/s/*
U.S.D.J.